UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.: 3:18cr89/RV/MAF
3:20cv5998/RV/MAF

DEMETRICE A. THOMAS
                    /

## ORDER

The magistrate judge issued a Report and Recommendation (R&R) in this case on September 7, 2021 (ECF No. 132). The parties were furnished a copy of the R&R and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The defendant has filed objections (ECF No. 136), which I have reviewed *de novo*.[1]

Having considered the R&R, and the timely filed objections thereto, I have determined that it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's R&R (ECF No. 132) is adopted and incorporated by reference in this order. As the sentencing judge in both of Demetrice Thomas' cases, I was well aware of his extensive drug trafficking in the Pensacola area, as well

---

[1] The government also filed a response to the R&R "in an effort to object/clarify the record for the United States District Court" (ECF No. 135), which I have reviewed as well.

as in other areas. In addition to his brother Jared, he had many other co-conspirators, including the Bookers in Pensacola. His drug profits were extraordinary, enabling his ownership (with his wife) of an Infinity X50, a Maserati SUV, and a Lexus Coupe. Having previously sentenced Jared, I was fully aware that Demetrice was the one responsible for over 100 kg of cocaine (in addition to other drugs), while Jared was responsible for much less. Co-conspirators do not have to be held (and should not be held) to equal drug quantities under the sentencing guidelines. The fact that the two PSIs had different quantities for sentencing under the guidelines is of no consequence in this case.

2. Defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence" (ECF No. 117) is **DENIED.**

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 21st day of October 2021.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**